# Third District Court of Appeal

## State of Florida

Opinion filed January 24, 2024.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-1161
Lower Tribunal No. 11-13464

————————————

**Robert Kritzman,**
Appellant,

vs.

**Karen Elizabeth Kritzman,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Multack, Judge.

Robert M. Kritzman (Jupiter), for appellant.

Nancy A. Hass, P.A. and Nancy A. Hass (Fort Lauderdale), for appellee.

Before FERNANDEZ, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.